No. State 11.   HIGGANS, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 215 N. W. 2d 50.)

The cause was submitted for the plaintiff in error on the brief of *Nathaniel D. Rothstein* of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *James H. McDermott, Robert D. Martinson,* and *Thomas J. Balistreri,* assistant attorneys general.

Judgment affirmed.